UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Mohamed Elsherif,<br><br>        Plaintiff,<br>v.<br><br>Mayo Clinic and Robert J. Spinner,<br><br>        Defendants. | Civil No. 0:18-cv-02998-DWF-KMM<br><br>**PLAINTIFF'S AMENDED MOTIONS TO COMPEL RULE 30(b)(6) DEPOSITION AND TO TAKE DEFENDANTS' DEPOSITIONS OUT OF TIME DUE TO COVID-19** |

Pursuant to Federal Rules of Civil Procedure, Rules 26, 30 and 37, Plaintiff Mohamed Elsherif ("Dr. Elsherif") respectfully moves this Court for an Order granting his Motion to Compel the Rule 30(b)(6) Deposition of Defendant Mayo Clinic.

Plaintiff also moves, pursuant to Federal Rules of Civil Procedure, Rule 16(b)(4) and the Court's March 13, 2020 Order, https://www.mnd.uscourts.gov/sites/mnd/files/2020-0313_COVID-19-AdminOrder.pdf, for an Order granting his Motion to Take Defendants' Depositions Out of Time due to Covid-19.

These Motions are based upon Plaintiff's Memorandum of Law and any associated documents to be filed, and the arguments of counsel, and upon all of the files, records and proceedings in this legal action.

                                                        Respectfully Submitted,

                                                        RIMAS LAW FIRM, PLLC

Dated: March 23, 2020                  By:  *s/ Vytas Rimas*_____
                                                        Vytas M. Rimas (#182539)

1

2

                                                5101 Thimsen Ave., Suite 204  
                                                Minnetonka, MN 55345  
                                                952-476-4000 Office  
                                                vytas@rimaslawfirm.com  
                                                ATTORNEY FOR PLAINTIFF  
                                                MOHAMED ELSHERIF